# ELECTRONIC RECORD

COA #   01-13-00907-CR          OFFENSE:   22.01 (Assault)

STYLE:   Randy Mazuera v. The State of Texas          COUNTY:   Harris

COA DISPOSITION:    AFFIRM          TRIAL COURT:   Co Crim Ct at Law No 1

DATE: 09/25/2014          Publish: NO   TC CASE #:   1870669

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Randy Mazuera v. The State of Texas          CCA #:   1455-14

_APPELLANT'S_          Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _02/04/2015_          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**